✎ PS 8
(3/15)

Case 2:21-cr-00044-TOR    ECF No. 96    filed 10/20/21    PageID.208    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Ortiz Jr., Ismael | Docket No. | 0980 2:21CR00044-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ismael Ortiz Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 12th day of May 2021, under the following conditions:

**Additional Condition:** Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Officer should determine otherwise. The United States Probation shall also determine the time and place of testing and evaluation and the scope of treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** The defendant is considered to be in violation of his conditions of pretrial supervision by failing to engage in outpatient treatment for the month of September 2021, and on at least two occasions for the month of October 2021.

The defendant was released onto pretrial supervision on May 12, 2021. These conditions were reviewed with the defendant on May 19, 2021, and he later signed the order and was provided a copy on May 21, 2021.

On September 27, 2021, this officer received notification that Mr. Ortiz was not in compliance with treatment as he had failed to engage in treatment after September 3, 2021. Mr. Ortiz was advised this behavior was unacceptable and he has resumed engagement; however, it's been infrequent.

Although only one violation is being alleged at this time, this officer directs the Court's attention to the attached violation report which contains concerning information regarding alcohol found in Mr. Ortiz' residence and third-party risks related to behavior he permits in his residence.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |  |
|---|---|---|
|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on:   October 15, 2021 |
|  | by | s/Emely Cubias |
|  |  | Emely Cubias<br>U.S. Pretrial Services Officer |

PS-8
**Re: Ortiz Jr,, Ismael**
**October 15, 2021**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

October 20, 2021
_____
Date