UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL ORTIZ, JR,<br><br>Defendant. | NO: 2:21-CR-0044-TOR-1<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

BEFORE THE COURT is the government's Oral Motion to Dismiss Indictment with Prejudice.  Pursuant to the Plea Agreement in case 2:21-CR-0043-TOR-3, the Government seeks to dismiss the indictment against the Defendant in this matter pursuant to Fed. R. Crim. P. 48(a).  For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

//

//

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

1. The government's Oral Motion to Dismiss Indictment with Prejudice is **GRANTED**.

2. The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** August 9, 2023.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 2